UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES<br><br>    Plaintiff (s)<br> v.<br>D&A CAFE INC.<br>    Defendant(s). | **C 07-02525 EMC**<br>**SCHEDULING ORDER FOR CASES**<br>**ASSERTING DENIAL OF RIGHT OF**<br>**ACCESS UNDER AMERICANS WITH**<br>**DISABILITIES ACT TITLE III  (42 U.S.C.**<br>**§§ 12181- 89)** |

   **IT IS HEREBY ORDERED** that this action is assigned to the Honorable <u>Edward</u> <u>M. Chen</u>.  **When serving the complaint or notice of removal, the plaintiff or removing defendant  must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders.  This case is otherwise exempt from Civil Local Rule  4-2.  Counsel  must comply with the case schedule listed below unless the Court otherwise orders.**

**CASE  SCHEDULE**

| Date | Event | Rule(s) |
|---|---|---|
| **5/11/2007** | **Complaint filed** | |
| **7/10/2007** | **Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline** | **General Order 56; Civil Local Rule 7-11** |
| **7 days before Joint Site Inspection** | **Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of  subject premises** | **FRCivP 26(a); General Order 56 ¶2;** |
| **8/20/2007** | **Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement** | **General Order 56 ¶3,4;** |
| **10 business days after Joint Site Inspection** | **Last day for parties to meet and confer in person to discuss settlement** | **General Order 56  ¶4;** |
| **45 days after Joint Site Inspection** | **Last day for plaintiff to file "Notice of Need for Mediation"** | **General Order 56  ¶6;** |
| **7 calendar days after mediation** | **Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference** | **General Order 56  ¶7; Civil Local Rule 7-11** |