**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Craig Yates, et al.,

        Plaintiffs,

  v.

D & A Cafe, Inc., et al.,

        Defendants.

_____/

Case No. 07-2525 EMC

**ORDER OF RECUSAL**

    This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

    IT IS SO ORDERED.

Dated: May 14, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge