1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 CRAIG YATES, an individual; and      )   CASE NO. C07-2525-MMC
   DISABILITY RIGHTS ENFORCEMENT,       )
12 EDUCATION, SERVICES: HELPING         )   **RETURN OF SERVICE RE DEFENDANTS**
   YOU HELP OTHERS, a California public )   **D & A CAFÉ INC.; XAIN S. HUANG and**
13 benefit corporation,                 )   **CINDY O. CAO. as trustees of the XAIN**
           Plaintiffs,                  )   **HUANG and CINDY CAO LIVING TRUST,**
14                                      )
                                        )
15 v.                                   )
                                        )
16 D & A CAFÉ INC.; XAIN S. HUANG and   )
   CINDY O. CAO, as trustees of the XAIN)
17 HUANG and CINDY CAO LIVING           )
   TRUST,                               )
18                                      )
           Defendants.                  )
19 ─────────────────────────────

20

21

22

23

24

25

26
   RETURN OF SERVICE RE DEFENDANTS D & A CAFE INC.; XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and
27 CINDY CAO LIVING TRUST

28

                                                                                1

| Attorney or Party without Attorney | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #074414<br>THOMAS E. FRANKOVICH, APLC<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415 674-8600   FAX No: 415 674-9900 | |
| | Ref No. or File No.: |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: D & A CAFE INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div. | Case Number:<br>C 07 2525 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; LETTER; COMPLAINT; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; ORDER OF RECUSAL; NOTICE OF IMPEDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE; SCHEDULING ORDER; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:      D & A CAFE INC.
   b. Person served:    DAMON KUANG, AGENT FOR SERVICE

4. Address where the party was served:   29 KARA ROAD
                                          ALAMEDA, CA 94502

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 29, 2007 (2) at: 12:05PM

7. Person Who Served Papers:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO
                                                            d. The Fee for Service was:
   First Legal Support Services SM
   ATTORNEY SERVICES                                        e. I am: (3) registered California process server
   1138 HOWARD STREET                                          (i) Employee
   San Francisco, CA 94103                                     (ii) Registration No.:   2005-0000968-00
   (415) 626-3111, FAX (415) 626-1331                          (iii) County:            San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Jul. 12, 2007

                                    (RAIMUNDO CARVALHO)
   Judicial Council Form            PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS                              6359234.thofr-tf.75506

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH, Bar #074414<br>THOMAS E. FRANKOVICH, APLC<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>*Telephone No:* 415 674-8600   *FAX No:* 415 674-9900 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | |
| *Plaintiff:* CRAIG YATES, et al. | |
| *Defendant:* D & A CAFE INC., et al. | |

| PROOF OF SERVICE SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* MMC<br>C 07 2525 ~~EMC~~ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE LETTER; COMPLAINT; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; ORDER OF RECUSAL; NOTICE OF IMPEDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE, SCHEDULING ORDER; ECF REGISTRATION INFORMATION HANDOUT

3. a. *Party served:* XAIN S. HUANG, trustee of the XAIN HUANG and CINDY CAO LIVING TRUST
   b. *Person served:* ARLA LIU, AUTHORIZED TO ACCEPT

4. *Address where the party was served:* 346 7TH STREET
   OAKLAND, CA 94607

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 05, 2007 (2) at: 12:20PM

7. *Person Who Served Papers:*
   a. RAIMUNDO CARVALHO
   
   First Legal Support Services sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   *Recoverable Cost Per CCP 1033.5(a)(4)(B)*
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2005-0000968-00
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jul. 12, 2007

   Judicial Council Form          PROOF OF SERVICE          (RAIMUNDO CARVALHO)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS         6339230 thofi-tf.75545

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #074414<br>THOMAS E. FRANKOVICH, APLC<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415 674-8600   FAX No: 415 674-9900 | |
| Ref No. or File No. | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: D & A CAFE INC., et al. | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 2525 MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE LETTER; COMPLAINT; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE TO A U S MAGISTRATE JUDGE FOR TRIAL; ORDER OF RECUSAL; NOTICE OF IMPEDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE; SCHEDULING ORDER; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:    CINDY Q. CAO, trustee of the XAIN HUANG and CINDY CAO LIVING TRUST
   b. Person served:   ARLA LIU, AUTHORIZED TO ACCEPT

4. Address where the party was served:   346 7TH STREET
                                          OAKLAND, CA 94607

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 05, 2007 (2) at: 12:20PM

7. Person Who Served Papers:                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO                          d. The Fee for Service was:
                                                 e. I am: (3) registered California process server
   First Legal Support Services                        (i)   Employee
   ATTORNEY SERVICES                                   (ii)  Registration No.:   2005-0000968-00
   1138 HOWARD STREET                                  (iii) County:             San Francisco
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jul. 12, 2007

                                                                                       (RAIMUNDO CARVALHO)

Judicial Council Form                         PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007        SUMMONS                                  6359233.thofi-tf.75549

**CERTIFICATE OR PROOF OF SERVICE**

State of California      )
                         ) ss
County of San Francisco  )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒      by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
        ☒     in first class U.S. Mail
        ☐     in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐      by transmitting via facsimile to the fax number(s) set forth below.

☐      by causing personal delivery by Western Messenger Service.

☐      by personal hand-delivery.

addressed to:

**Harold P. Smith, Esq.**
**Dhillon & Smith**
**214 Grant Avenue, Suite 400**
**San Francisco, CA 94108**

Xain S. Huang, Trustee
346 7th Street
Oakland, CA 94607

Cindy Q. Cao, Trustee
346 7th Street
Oakland, CA 94607

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on July 19, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
ARMETRICE COOPER
(Original signed)