IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, et al.,

    Plaintiffs,

v.

D & A CAFE, INC., et al.,

    Defendants

No. C-07-2525 MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

By order filed May 11, 2007, the parties and counsel were ordered to hold a joint inspection of the premises at issue herein no later than August 20, 2007. (See Scheduling Order for Cases Asserting Denial Of Right to Access Under ADA.) Further, plaintiff was ordered to file a Notice of Need for Mediation no later than 45 days after the joint site inspection. (See id.) To date, plaintiff has not filed a Notice of Need for Mediation as ordered.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than October 22, 2007, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiff files a Notice of Need for Mediation by October 22, 2007, this order will be discharged.

**IT IS SO ORDERED.**

Dated: October 15, 2007

MAXINE M. CHESNEY
United States District Judge