1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 CRAIG YATES, an individual; and        )   CASE NO. C07-2525-MMC
   DISABILITY RIGHTS ENFORCEMENT,         )
12 EDUCATION, SERVICES: HELPING           )   **REQUEST TO ENTER DEFAULT**
   YOU HELP OTHERS, a California public   )
13 benefit corporation,                   )
            Plaintiffs,                   )
14                                        )
   v.                                     )
15                                        )
   D & A CAFÉ INC.; XAIN S. HUANG and     )
16 CINDY Q. CAO, as trustees of the XAIN  )
   HUANG and CINDY CAO LIVING             )
17 TRUST,                                 )
                                          )
18          Defendants.                   )
                                          )
19

20      TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

21      Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT

22 EDUCATION SERVICES: HELPING YOU HELP OTHERS hereby request that the Clerk of

23 the above-entitled Court enter default in this matter against defendants XAIN S. HUANG and

24 CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST on the

25 ground that said defendants have failed to respond to the complaint within the time prescribed

26 by the Federal Rules of Civil Procedure.

27 ///

28

REQUEST TO ENTER DEFAULT                                                              1

    Plaintiff served the complaint and summons on defendants XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST on July 5, 2007, as evidenced by the proof of service of summons on file with the Court. As of the date of this request, defendants have failed to file a responsive pleading with the Court.

    The above stated facts are set forth in the accompanying declaration of Thomas E. Frankovich, filed herewith.

Dated: October 15, 2007

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*


By: _____/s/_____
    Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and
DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION SERVICES

## CERTIFICATE OR PROOF OF SERVICE

State of California  )
) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**REQUEST TO ENTER DEFAULT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
    ☒ in first class U.S. Mail
    ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

| | |
|---|---|
| Xain S. Huang, Trustee<br>346 7th Street<br>Oakland, CA 94607 | Cindy Q. Cao, Trustee<br>346 7th Street<br>Oakland, CA 94607 |

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 15, 2007, at San Francisco, California.

ARMETRICE COOPER
(Original signed)