THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:  415/674-8600
Facsimile:  415/674-9900
Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br>  Plaintiffs,<br>v.<br>D & A CAFÉ INC.; XAIN S. HUANG and CINDY O. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST,<br>  Defendants. | CASE NO. C07-2525-MMC<br><br>DECLARATION OF THOMAS E. FRANKOVICH IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT |

I, THOMAS E. FRANKOVICH, declare that I am an attorney duly licensed to practice in all the courts in the state of California and if called as a witness and duly sworn, I would and could competently testify to the following based upon my own personal knowledge:

1.  That I am the attorney of record for plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS.

2.  On July 5, 2007, defendants XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST were served with the complaint and

1  summons in the above-entitled matter. Proof of service was filed with the Court on July 19,
2  2007, a copy of which is attached hereto as Exhibit A.
3      3.    On September 15, 2007, having received neither a responsive pleading nor any
4  communication from the defendant, counsel for plaintiffs wrote to defendants advising them of
5  the consequences of their failure to respond, and giving them an opportunity to respond before
6  plaintiffs sought entry of default. A true and correct copy of this correspondence is attached
7  hereto as Exhibit B. Plaintiffs have received no response from defendant to this
8  correspondence.
9      4.    To my knowledge, as of the writing of this declaration, defendants XAIN S.
10 HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING
11 TRUST, have failed to file any responsive pleading with the Court.
12     I declare under penalty of perjury that the foregoing is true and correct. Executed on this
13 15th day of October, 2007, at San Francisco, California.

                                            /s/
                                Thomas E. Frankovich

## CERTIFICATE OR PROOF OF SERVICE

State of California )
) ss
County of San Francisco )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**DECLARATION OF THOMAS E. FRANKOVICH IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Xain S. Huang, Trustee          Cindy Q. Cao, Trustee
346 7th Street                  346 7th Street
Oakland, CA 94607               Oakland, CA 94607

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 15, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
ARMETRICE COOPER
(Original signed)

# EXHIBIT A

1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 | *A Professional Law Corporation*
2806 Van Ness Avenue
3 | San Francisco, CA 94109
Telephone:   415/674-8600
4 | Facsimile:   415/674-9900
Attorneys for Plaintiffs
5 | CRAIG YATES
and DISABILITY RIGHTS
6 | ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
7 | HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br>　　　Plaintiffs,<br><br>v.<br><br>D & A CAFÉ INC.; XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST,<br>　　　Defendants. | **CASE NO. C07-2525-MMC**<br><br>**RETURN OF SERVICE RE DEFENDANTS** D & A CAFÉ INC.; XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST, |

RETURN OF SERVICE RE DEFENDANTS D & A CAFÉ INC.; XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST

1

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #074414<br>THOMAS E. FRANKOVICH, APLC<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415 674-8600   FAX No: 415 674-9900 | |
| Ref. No. or File No. | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: D & A CAFE INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 2525 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; LETTER; COMPLAINT; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; ORDER OF RECUSAL; NOTICE OF IMPEDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE; SCHEDULING ORDER; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:      D & A CAFE INC.
   b. Person served:     DAMON KUANG, AGENT FOR SERVICE

4. Address where the party was served:   29 KARA ROAD
                                          ALAMEDA, CA 94502

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 29, 2007 (2) at: 12:05PM

   Person Who Served Papers:                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO                   d. The Fee for Service was:
                                          e. I am: (3) registered California process server
   First Legal Support Services               (i) Employee
       ATTORNEY SERVICES                      (ii) Registration No.:   2005-0000968-00
   1138 HOWARD STREET                         (iii) County:             San Francisco
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Jul. 12, 2007

Judicial Council Form                    PROOF OF SERVICE              (RAIMUNDO CARVALHO)
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS                       6339234 thofr-tf 75506

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #074414<br>THOMAS E. FRANKOVICH, APLC<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No. 415 674-8600    FAX No: 415 674-9900 | | Ref No. or File No : | |
| Attorney for: Plaintiff | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | |
| Plaintiff: CRAIG YATES, et al. | | | |
| Defendant: D & A CAFE INC., et al. | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: MMC<br>C 07 2525 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the SUMMONS IN A CIVIL CASE LETTER; COMPLAINT; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; ORDER OF RECUSAL; NOTICE OF IMPEDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE; SCHEDULING ORDER; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:    XAIN S. HUANG, trustee of the XAIN HUANG and CINDY CAO LIVING TRUST
   b. Person served:   ARLA LIU, AUTHORIZED TO ACCEPT

4. Address where the party was served:   346 7TH STREET
                                         OAKLAND, CA 94607

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 05, 2007 (2) at: 12:20PM

Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO                            d. The Fee for Service was:
                                                   e. I am: (3) registered California process server
   **First Legal Support Services**                     (i)  Employee
   ATTORNEY SERVICES                                   (ii) Registration No.: 2005-0000968-00
   1138 HOWARD STREET                                  (iii) County: San Francisco
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

6. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Jul. 12, 2007

Judicial Council Form                    PROOF OF SERVICE           (RAIMUNDO CARVALHO)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS                    6359230.thofr-tf 75545

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #074414<br>THOMAS E. FRANKOVICH, APLC<br>2806 VAN NESS AVE.<br>AN FRANCISCO, CA 94109<br>.ephone No: 415 674-8600   FAX No 415 674-9900 | |

| Attorney for | Plaintiff | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: D & A CAFE INC., et al.

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div. | Case Number:<br>C 07 2525 ~~EMC~~ MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the SUMMONS IN A CIVIL CASE LETTER; COMPLAINT; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL; ORDER OF RECUSAL; NOTICE OF IMPEDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE; SCHEDULING ORDER; ECF REGISTRATION INFORMATION HANDOUT

3. a Party served:   CINDY Q. CAO, trustee of the XAIN HUANG and CINDY CAO LIVING TRUST
   b Person served:  ARLA LIU, AUTHORIZED TO ACCEPT

4. Address where the party was served:  346 7TH STREET
                                        OAKLAND, CA 94607

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu, Jul. 05, 2007 (2) at: 12:20PM

   Person Who Served Papers:                                Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. RAIMUNDO CARVALHO                      d. The Fee for Service was:
                                             e. I am: (3) registered California process server
   First Legal Support Services                  (i)  Employee
   ATTORNEY SERVICES                             (ii) Registration No.:   2005-0000968-00
   1138 HOWARD STREET                            (iii) County:            San Francisco
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Jul. 12, 2007

Judicial Council Form                PROOF OF SERVICE         (RAIMUNDO CARVALHO)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS                        6359233 thoft-tf.75349

## CERTIFICATE OR PROOF OF SERVICE

State of California        )
                           ) ss
County of San Francisco    )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒   by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒   in first class U.S. Mail
  ☐   in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐   by transmitting via facsimile to the fax number(s) set forth below.

☐   by causing personal delivery by Western Messenger Service.

☐   by personal hand-delivery.

addressed to:

**Harold P. Smith, Esq.**
**Dhillon & Smith**
**214 Grant Avenue, Suite 400**
**San Francisco, CA 94108**

Xain S. Huang, Trustee
346 7th Street
Oakland, CA 94607

Cindy Q. Cao, Trustee
346 7th Street
Oakland, CA 94607

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on July 19, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
ARMETRICE COOPER
(Original signed)

**Service of Process:**

3:07-cv-02525-MMC Yates et al v. D & A Cafe Inc et al
E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Frankovich, Thomas entered on 7/19/2007 4:47 PM and filed on 7/19/2007

**Case Name:**      Yates et al v. D & A Cafe Inc et al
**Case Number:**    3:07-cv-2525
**Filer:**          Craig Yates
                    Disability Rights Enforcement, Education, Services: Helping You Help Others
**Document Number:** 8

**Docket Text:**
CERTIFICATE OF SERVICE by Craig Yates, Disability Rights Enforcement, Education, Services: Helping You Help Others *PROOF OF SERVICE SUMMONS AND COMPLAINT* (Frankovich, Thomas) (Filed on 7/19/2007)


**3:07-cv-2525 Notice has been electronically mailed to:**

Thomas E. Frankovich    tfrankovich@disabilitieslaw.com

Harold Palmer Smith , III    psmith@dhillonsmith.com

**3:07-cv-2525 Notice has been delivered by other means to:**

David Lihwei Lin

https://ecf.cand.uscourts.gov/cgi-bin/Dispatch.pl?505201899047842                                    7/19/2007

Dhillon & Smith
214 Grant Avenue, Suite 400
San Francisco, CA 94108

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\Cases\D & A Cafe\PLEADING\ROS.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/19/2007] [FileNumber=3608779-0]

[5c5739971f617c36aac44916bae652f362fa49a68cf79c8d39b0b215182b106628721
41f9ddb1104326b32df5eecd3fbd8a77645857fa5ae927d75d931be5199]]

# EXHIBIT B

# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco CA 94109-1426
Phone: 415-674-8600 • Facsimile: 415-674-9900 • TDD 415-441-6100

September 18, 2007

Xain S. Huang, Trustee
346 7th Street
Oakland, CA 94607

Cindy Q. Cao, Trustee
346 7th Street
Oakland, CA 94607

Re: **Craig Yates v. D&A Café, Inc.**
**USDC N.D., California. Case no. CV -07-2525 MMC**
Our Reference: D&A Café
Subject: Default

Dear Mr. Huang and Ms. Cao:

On July 5, 2007, you were served as a trustee of the as trustees of the Xain Huang and Cindy Cao Living Trust, with a complaint and summons in the above-reference lawsuit. As was indicated on the summons you received, you were required to respond to the complaint within 20 days. This means your response was due to the Court by July 25, 2007.

Your failure to timely respond to the complaint puts you at risk of having a default entered against you by the Court. A default means that you lose your opportunity to defend yourself and that a judgment can be entered against you. This judgment could, and would likely, include an order to renovate the D&A Café to make it accessible to persons with disabilities, and an award of monetary damages to plaintiff Craig Yates and Disability Rights Enforcement, Education Services. In addition, you would be responsible for paying all of the plaintiffs' attorneys' fees and costs.

If you have retained an attorney to represent you in this case, you should contact that person immediately to find out why a response has not been filed on your behalf. If you have not yet hired a lawyer, but intend to do so, please contact this office so that we can discuss an appropriate extension of time for you get counsel. Alternatively, if you plan to represent yourself, we must insist that you file your response with the Court and serve a copy of this response to this office immediately.

Please be advised that if we do not receive your response by September 26, 2007, we will have no choice but to file a request an entry of default. Therefore, we hope to hear from you soon.

Very truly yours,

Maria V. Martinez
Paralegal

/mvm

Thomas E. Frankovich A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS