THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:  415/674-8600
Facsimile:  415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,
    Plaintiffs,

v.

D & A CAFÉ INC.; XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST,
    Defendants.

CASE NO. C07-2525-MMC

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs CRAIG YATES and Disability Rights Enforcement, Education Services ("DREES"), submit the following response to the Order To Show Cause entered on October 15, 2007:

1.  On September 18, 2007, plaintiffs counsel sent a letter to all defendants offering several available dates to hold a joint site inspection. Attached as Exhibit A is the September 18, 2007, letter.

2.  Later that same week, counsel for defendant D & A CAFÉ, INC., called plaintiffs' counsel and scheduled a site inspection for October 23, 2007. Plaintiffs' counsel did not hear from defendants XAIN S. HUANG and CINDY Q. CAO.

RESPONSE TO ORDER TO SHOW CAUSE        1

3. With regard to the status of defendants XAIN S. HUANG and CINDY Q. CAO, on September 18, 2007, plaintiffs' counsel sent a letter to defendants XAIN S. HUANG and CINDY Q. CAO, informing them that they had failed to timely respond to plaintiffs' complaint, and that they were in risk of default. Attached as Exhibit B is the September 18, 2007, letter.

4. On October 5, 2007, in response to an e-mail to counsel for D & A CAFÉ, INC., confirming the joint site inspection scheduled for October 23, 2007, plaintiffs' counsel discovered that D & A CAFÉ, INC., was no longer the tenant of the subject public accommodation, and thus, has no access to the site. Attached as Exhibit C is the October 5, 2007, e-mail.

5. As a result of said representation, on October 16, 2007, plaintiffs' counsel sent counsel for defendant D & A CAFÉ, INC., a settlement demand in an attempt to resolve the matter. In that same letter, Plaintiffs' counsel also requested the identity of the new operators from counsel.

6. On October 15, 2007, plaintiffs' counsel filed a Request to Enter Default against defendants XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST.

7. On October 17, 2007, plaintiffs' counsel sent a letter to counsel for defendant D & A CAFÉ, INC., cancelling the joint site inspection scheduled for October 23, 2007, informing them that the parties would need to reschedule the inspection as soon as plaintiffs' counsel can join and identify the new tenant, or otherwise engage the landlord defendant who is in default. Attached as Exhibit D is the October 17, 2007, letter.

8. On October 16, 2007, plaintiffs' counsel received the letters sent to defendants XAIN S. HUANG and CINDY Q. CAO on September 18, 2007, referenced herein as Exhibits A and B, marked "Return to Sender."

9. As a result, on October 18, 2007, Plaintiffs' counsel conducted an investigation to identify the new address for defendants XAIN S. HUANG and CINDY Q. CAO. Plaintiffs' counsel believes they have a new address and will forward the above-referenced letters to the new address, along with a copy of this order to show cause response.

RESPONSE TO ORDER TO SHOW CAUSE            2

10. As a result of the above-stated circumstances, Plaintiff respectfully requests additional time before filing a Notice of Need for Mediation, to identify and joint the new tenant, as well as allow defendants XAIN S. HUANG and CINDY Q. CAO, an opportunity to make an appearance. Plaintiff further requests that the Order to Show Cause be vacated.

Respectfully submitted.

Dated: October 18, 2007

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and
DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
SERVICES:HELPING YOU HELP
OTHERS, a California public benefit corporation

EXHIBIT A

# THE FRANKOVICH GROUP*
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone: 415-674-8600 • Facsimile 415-674-9900 • TDD: 415-441-6100

September 18, 2007

Harold P. (Peter) Smith
Dhillon & Smith
214 Grant Avenue, Suite 400
San Francisco, CA 94108-4628

Cindy Q. Cao, Trustee
346 7th Street
Oakland, CA 94607

Xain S. Huang, Trustee
346 7th Street
Oakland, CA 94607

Re:  **Case Name Craig Yates v. D&A Café, Inc.**
     **USDC N.D., California. Case no. CV -07-2525 MMC**
     **Our Reference: D&A Café**
     **Subject: Joint Site Inspection**

Dear Mr. Smith, Mr. Huang, and Ms. Cao:

I have been assigned to assist Mr. Frankovich in this case. As you are aware, the Court's General Order 56 requires that the parties to any case involving disability access to a place of public accommodation conduct a joint inspection of the subject public accommodation. It appears that we missed the August 20, 2007, deadline for completing the joint site inspection. Thus, in reviewing Mr. Frankovich's calendar, I offer the following dates for the parties' joint inspection of the premises as required by the Court's General Order 56: October 22, 23, 24, 2007, at 11:00 a.m. Please let me know as soon as possible which of these dates you prefer.

Thank you for your attention to this matter.

Very truly yours,

Maria V. Martinez
Paralegal

/mvm
Enclosure

*Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court San Francisco, CA
or at Your Home
 BY APPOINTMENT ONLY AT ALL LOCATIONS

EXHIBIT B

# THE FRANKOVICH GROUP
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone 415-674-8600 • Facsimile: 415-674-9900 • TDD: 415-441-6100

September 18, 2007

Xain S. Huang, Trustee             Cindy Q. Cao, Trustee
346 7th Street                     346 7th Street
Oakland, CA 94607                  Oakland, CA 94607

Re: **Craig Yates v. D&A Café, Inc.**
    **USDC N.D., California. Case no. CV-07-2525 MMC**
    **Our Reference: D&A Café**
    **Subject:      Default**

Dear Mr. Huang and Ms. Cao:

On July 5, 2007, you were served as a trustee of the as trustees of the Xain Huang and Cindy Cao Living Trust, with a complaint and summons in the above-reference lawsuit. As was indicated on the summons you received, you were required to respond to the complaint within 20 days. This means your response was due to the Court by July 25, 2007.

Your failure to timely respond to the complaint puts you at risk of having a default entered against you by the Court. A default means that you lose your opportunity to defend yourself and that a judgment can be entered against you. This judgment could, and would likely, include an order to renovate the D&A Café to make it accessible to persons with disabilities, and an award of monetary damages to plaintiff Craig Yates and Disability Rights Enforcement, Education Services. In addition, you would be responsible for paying all of the plaintiffs' attorneys' fees and costs.

If you have retained an attorney to represent you in this case, you should contact that person immediately to find out why a response has not been filed on your behalf. If you have not yet hired a lawyer, but intend to do so, please contact this office so that we can discuss an appropriate extension of time for you get counsel. Alternatively, if you plan to represent yourself, we must insist that you file your response with the Court and serve a copy of this response to this office immediately.

Please be advised that if we do not receive your response by September 26, 2007, we will have no choice but to file a request an entry of default. Therefore, we hope to hear from you soon.

Very truly yours,

Maria V. Martinez
Paralegal

/mvm

Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court San Francisco CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS

EXHIBIT C



**Maria Martinez**

**From:** David L W. Lin [counselor.lin@gmail.com] on behalf of David Lihwei Lin [dlin@dhillonsmith.com]
**Sent:** Friday, October 05, 2007 1:42 PM
**To:** 'Maria Martinez'
**Subject:** RE: Yates v. D&A Cafe

Ms. Martinez,
I am fine with the joint inspection. But I want to let you know that my client is no longer a tenant of the premises and have no access to the site. In order for the joint inspection to go on, you must first get hold of the other defendants.

---

**From:** Maria Martinez [mailto:mmartinez@disabilitieslaw.com]
**Sent:** Friday, October 05, 2007 1:36 PM
**To:** dlin@dhillonsmith.com
**Subject:** Yates v. D&A Cafe

Dear Mr. Lin

This e-mail is to confirm the joint site inspection of the premises in the above-referenced matter is scheduled for *October 23, 2007, at 11:00 p.m.*

Sincerely,

Maria V. Martinez, Paralegal
The Frankovich Group
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: (415) 674-8600
Facsimile: (415) 674-9900

IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify the sender immediately and arrange for the return or destruction of these documents

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.488 / Virus Database: 269.14.1/1051 - Release Date: 10/5/2007 12:27 PM

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5 488 / Virus Database: 269.14.1/1051 - Release Date: 10/5/2007 12:27 PM

10/5/2007

EXHIBIT D

# THE FRANKOVICH GROUP
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone: 415-674-8600 • Facsimile: 415-674-9900 • TDD: 415-441-6100

October 17, 2007

*Via Facsimile (415) 520-6593*
David L. W. Lin
Dhillon & Smith
214 Grant Avenue, Suite 400
San Francisco, CA 94108-4628

  Re: **Craig Yates v. D&A Café, Inc.**
    **USDC N.D., California. Case no. CV -07-2525 MMC**
    **Our Reference: D&A Café**
  **Subject:** **Joint Site Inspection**

Dear Mr. Lin:

  Given you recent representation that your client, D & A Café, Inc., is no longer a tenant of the subject public accommodation, and, thus has no access to the site, I am cancelling the joint site inspection scheduled for October 23, 2007, at 11:00 a.m. However, we will need to reschedule the inspection as soon as we can identify and join the new tenant, or otherwise engage the landlord defendant who is currently in default. I remain,

           Very truly yours,

           Thomas E. Frankovich
           (Dictated, but not signed in the interest of time)

TEF/mvm

---

*Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco, CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS

```
                    TRANSMISSION VERIFICATION REPORT

                                        TIME    : 10/17/2007 16:21
                                        NAME    : THE FRANKOVICH GROUP
                                        FAX     : 4156749900
                                        TEL     : 4156748600
                                        SER. #  : 000F4J282170


    DATE,TIME           10/17  16:20
    FAX NO./NAME        5206593
    DURATION            00:00:35
    PAGE(S)             02
    RESULT              OK
    MODE                STANDARD
                        ECM
```

# THE FRANKOVICH GROUP*
# LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109 - 1426
Phone: 415.674.8600

## FACSIMILE TRANSMITTAL

DATE: 10/17/07                        TIME: 4:22 p.m.
TO: David L. W. Lin                   FAX: 520-6593
TO: _____                            FAX: _____
TO: _____                            FAX: _____
FROM: Thomas E. Frankovich            FAX: 415.674.9900

# OF PAGES  1
(including cover)

RE: Yates v. DPA Cafe, Inc.
SUBJECT: Joint Site Inspection

COMMENTS: _____

## CERTIFICATE OR PROOF OF SERVICE

State of California          )
                             ) ss
County of San Francisco      )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RESPONSE TO ORDER TO SHOW CAUSE**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Xain S. Huang                    Cindy Q. Cao
39 Nace Ave.                     39 Nace Ave.
Piedmont, CA 94611               Piedmont, CA 94611

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on October 18, 2007, at San Francisco, California.

*/s/ Armetrice Cooper*
ARMETRICE COOPER
(Original signed)