**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                          415.522.2000

October 19, 2007

**RE: CRAIG YATES, et al. -v- D&A CAFE INC., et al., Case No. C-07-2525-MMC**

**Default** is *Entered* as to *Defendants Xain S. Huang & Cindy Q. Cao, as Trustee of the Xain Huang & Cindy Cao Living Trust* on October 19, 2007.

           RICHARD W. WIEKING, Clerk

           by: Thelma Nudo
                Deputy Clerk

NDC TR-4  Rev. 3/89