IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C-07-2525 MMC |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE; EXTENDING DEADLINE FOR FILING NOTICE OF NEED FOR MEDIATION** |
| v. | |
| D & A CAFE, INC., et al., | |
| Defendants | |

By order filed October 15, 2007, the Court ordered plaintiffs to show cause, no later than October 22, 2007, why the above-titled action should not be dismissed for failure to prosecute, as plaintiffs had not filed a Notice of Need for Mediation by the scheduled deadline. On October 18, 2007, plaintiffs filed a response to the Court's order to show cause, wherein plaintiffs assert defendant D & A Cafe, Inc. is no longer the tenant of the site at issue in this case. Plaintiffs request additional time to file a Notice of Need for Mediation in order to identify and join the site's new tenant and to allow defendants Xain S. Huang and Cindy Q. Cao to make an appearance.

Plaintiffs having timely shown good cause why the action should not be dismissed, the order directing plaintiffs to show cause why the instant action should not be dismissed for failure to prosecute is hereby DISCHARGED, and the deadline for plaintiffs to file a

1  Notice of Need for Mediation is hereby EXTENDED to December 21, 2007.

2  **IT IS SO ORDERED.**

3  Dated: October 24, 2007

4  _____
   MAXINE M. CHESNEY
   United States District Judge