1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>D & A CAFÉ INC.; XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST,<br><br>　　　　Defendants. | **CASE NO. C07-2525-MMC**<br><br>**NOTICE OF NEED FOR MEDIATION**<br><br>**(ADA Access Cases)** |
|---|---|

Plaintiffs report that due to issues with regard to access to and control of the subject premises, the parties have been unable to participate in a joint site inspection. Nevertheless, Plaintiffs have made a demand for settlement. Unfortunately, however, the parties have not

///

///

///

///

///

NOTICE OF NEED FOR MEDIATION                                                                                                   1

1 reached an agreement. In accordance with General Order No. 56, the matter should be set for
2 mediation.

4 Date: December 18, 2007

        THOMAS E. FRANKOVICH
        *A PROFESSIONAL LAW CORPORATION*

        By:   /s/
            Thomas E. Frankovich
        Attorneys for CRAIG YATES and
        DISABILITY RIGHTS ENFORCEMENT,
        EDUCATION SERVICES