United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Yates,

Plaintiff(s),

v.

D & A Cafe Inc,

Defendant(s).

07-02525 MMC MED

**Notice of Appointment of Mediator**

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Howard A. Herman**
ADR Program Director
450 Golden Gate Avenue, 16h Floor
San Francisco, CA 94102
415-522-2027
Howard_Herman@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

United States District Court
Northern District of California

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 9, 2008

RICHARD W. WIEKING
Clerk
by: Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02525 MMC MED - 2 -

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-02525 MMC MED - 3 -