David Goldman (Bar No. 76551)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Defendants
XIAN S. HUANG and CINDY Q. CAO, Trustees of
the XIAN HUANG AND CINDY CAO LIVING
TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>D & A CAFE INC.; XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST,<br><br>Defendants. | Case No.  C 07 2525 MMC<br><br>**NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT**<br><br>**Date:         March 7, 2008**<br>**Time:         9:00 a.m.**<br>**Department: Courtroom 7, 19th Fl.**<br>**Judge:        Hon. Maxine M. Chesney**<br><br>Action Filed: May 11, 2007<br>Trial Date:   None |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 7, 2008 at 9:00 a.m. in Courtroom 7 of this Court located at 450 Golden Gate Avenue, San Francisco, California, Defendants XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST, will move the Court to set aside the default entered against them pursuant to Federal Rules of Civil Procedure, Rule 55(c).

/ / /

/ / /

/ / /

Defendants' motion is made on the following grounds:

1. Defendants were never served with the summons or complaint.

2. The proof of service of summons attached to the Request for Entry of Default provides that the summons and complaint was served on a person named Arla Liu. Defendants do not know Ms. Liu, she is not their agent, and she was not authorized to accept service of process on their behalf.

3. In addition, the letter attached to the Request for Entry of Default was never received by Defendants. The letter was sent to the former address of Defendant D & A CAFÉ, INC. at 346 7th Street, Oakland, California. Defendants do not reside at or conduct business from that address.

4. Defendants have requested that Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS stipulate to set aside the default. Plaintiffs have refused to so stipulate.

Defendants motion is based on this Notice of Motion and Motion to Set Aside Default; the accompanying Memorandum of Points and Authorities; Declaration of Xian S. Huang, Declaration of Garret D. Murai; and any and all other pleadings, documents, records, files and other evidence as may be presented.

Dated: January 16, 2008                **WENDEL, ROSEN, BLACK & DEAN LLP**

By: s/Garret Murai
Garret D. Murai
Attorneys for Defendants
XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG AND CINDY CAO LIVING TRUST

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036