| | |
|---|---|
| 1 | David Goldman (Bar No. 76551) |
|   | Garret D. Murai (Bar No. 215667) |
| 2 | **WENDEL, ROSEN, BLACK & DEAN LLP** |
|   | 1111 Broadway, 24th Floor |
| 3 | Oakland, CA  94607-4036 |
|   | Telephone:  (510) 834-6600 |
| 4 | Fax:  (510) 834-1928 |

Attorneys for Defendants
XIAN S. HUANG and CINDY Q. CAO, Trustees of
the XIAN HUANG AND CINDY CAO LIVING
TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>D & A CAFE INC.; XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST,<br><br>Defendants. | Case No.  C 07 2525 MMC<br><br>**DECLARATION OF GARRET D. MURAI IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**<br><br>**Date:          March 7, 2008**<br>**Time:          9:00 a.m.**<br>**Department:  Courtroom 7, 19th Fl.**<br>**Judge:         Hon. Maxine M. Chesney**<br><br>Action Filed: May 11, 2007<br>Trial Date:   None |

I, Garret D. Murai, declare:

1.     I am an attorney licensed to practice law in the State of California, am authorized to practice before the United States District Court for the Northern District of California, and am an associate with Wendel, Rosen, Black & Dean LLP, attorneys of record for Defendants XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST.

2.     This declaration is made in support of Defendants' Motion to Set Aside Default. I have personal knowledge of the matters stated herein and if called upon to testify could and would competently do so.

1    3.  Attached hereto as Exhibit A is a true and correct copy of a letter from Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS' counsel dated October 16, 2007.

4.  On November 9 and December 11, 2007, I spoke with Plaintiffs' counsel to request that Plaintiffs stipulate to set aside the default that had been entered against Defendants on the grounds that Defendants had not been properly served with and did not have actual notice of Plaintiffs' complaint or Plaintiffs' letter dated September 18, 2007.

5.  On November 13 and December 6 and 11, 2007, I sent letters to Plaintiffs' counsel requesting again that Plaintiffs stipulate to set aside the default and reiterating the grounds for the request. True and correct copies of my letters to Plaintiffs' counsel are attached as Exhibits B, C, and D, respectively. Plaintiffs, however, have refused to so stipulate.

6.  Attached hereto as Exhibit E is a true and correct copy of a print-out from Westlaw showing the residential address of Defendants. The address was found by simply typing the search terms "Xian Huang and Cindy Cao" in the Asset Locator database of Westlaw.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of January 2008 in Oakland, California.

s/Garret Murai
Garret D. Murai

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

013069.0003\833256.1

*DECLARATION OF GARRET D. MURAI -*
*Case No. C 07 2525 MMC*     - 2 -