David Goldman (Bar No. 76551)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendants
XIAN S. HUANG and CINDY Q. CAO, Trustees of
the XIAN HUANG AND CINDY CAO LIVING
TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>D & A CAFE INC.; XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST,<br><br>Defendants. | Case No. C 07 2525 MMC<br><br>**DECLARATION OF XIAN S. HUANG IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**<br><br>Date: March 7, 2008<br>Time: 9:00 a.m.<br>Department: Courtroom 7, 19th Fl.<br>Judge: Hon. Maxine M. Chesney<br><br>Action Filed: May 11, 2007<br>Trial Date: None |

I, Xian S. Huang, declare:

1. I am a defendant in this action. This declaration is made in support of my Motion to Set Aside Default. I have personal knowledge of the matters stated herein and if called upon to testify could and would competently do so.

2. I have reviewed the Proof of Service of Summons attached as Exhibit A to the Declaration of Thomas E. Frankovich in Support of Plaintiffs' Request for Entry of Default filed October 15, 2007. Neither I nor my wife were served with the complaint in the instant action on or about July 5, 2007. Moreover, neither I nor my wife knows the person served with the complaint, Arla Liu. Ms. Liu is not our agent and was not authorized to accept service of process

*DECLARATION OF XIAN S. HUANG - Case No. C 07 2525 MMC*

013069.0003\833260.1

on our behalf. Furthermore, the Proof of Service of Summons indicates that Ms. Liu was served at 346 7th Street, Oakland, California. This is the location of the property formerly leased by Defendant D & A CAFÉ, INC. Presumably, Ms. Liu is or was an employee of D &A Café.

3. I have also reviewed Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS' letter dated September 18, 2007 and attached as Exhibit B to the Declaration of Thomas E. Frankovich in Support of Plaintiffs' Request for Entry of Default filed October 15, 2007. Neither I nor my wife received that letter on or about September 18, 2007. The letter, like the complaint, was sent to 346 7th Street, Oakland, California. As discussed above, 346 7th Street, Oakland California is the location of the property formerly leased by D & A Café. Neither I nor my wife resides at or conducts business from that address.

4. The first time we received actual notice of this action was on October 19, 2007 when my counsel faxed me a copy of Plaintiffs' letter dated October 16, 2007 and which is attached as Exhibit A to the Declaration of Garret D. Murai filed concurrently herewith. Prior to then, neither I nor my wife had any knowledge of the existence of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __16__ day of January 2008 in Oakland, California.

_____
Xian S. Huang

**Exhibit A**

# THE FRANKOVICH GROUP
## LAWYERS

2806 Van Ness Avenue - San Francisco, CA 94109-1426
Phone: 415-674-8600 • Facsimile: 415-674-9900 • TDD: 415-441-6100

October 16, 2007

*Via Facsimile (510) 834-1928 and U.S. Mail*
David E. Goldman
Wendel Rosen Black & Dean
P.O. Box 2047
Oakland, CA 94604

>     Re:   **Craig Yates v. D&A Café, Inc.**
>           **USDC N.D., California. Case no. CV -07-2525 MMC**
>           **Our Reference: D&A Café**
>           Subject:   **Cindy Q. Cao and Xian S. Huang**

Dear Mr. Goldman:

This letter is to advise you that Cindy Q. Cao and Xian S. Huang have been named as defendants in the above-referenced matter for failure to remove architectural barriers as required under state discrimination statutes and/or under the Americans with Disabilities Act of 1990. According to a letter dated July 5, 2007, from Harold P. Smith, counsel for D & A Café, Inc., you previously represented Ms. Cao and Mr. Huang in a similar action that settled in 2004. It is our understanding, that your clients agreed to make the restrooms at the D & A Café compliant with the ADA.

Currently, Ms. Cao and Mr. Huang have not yet made an appearance nor have they contacted us regarding this matter. On October 10, 2007, we filed a Request for an Entry of Default with the Court. If you can provide us with assistance as to their status and whereabouts, it would be greatly appreciated. I look forward to hearing from you. I remain,

>                             Very truly yours,

>                             Thomas E. Frankovich
>                             (Dictated, but not signed in the interest of time)

cc:   David L. W. Lin (Via Facsimile (415) 520-6593)
      Xain S. Huang
      Cindy Q. Cao
TEF/mvm

---

*Thomas E. Frankovich, A Professional Law Corporation
Accessible Accommodations and Parking at One Daniel Burnham Court, San Francisco, CA
or at Your Home
BY APPOINTMENT ONLY AT ALL LOCATIONS

**Exhibit B**



ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Post Office Box 2047
Oakland, CA 94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928
gmurai@wendel.com

November 13, 2007

**VIA FACSIMILE ONLY/(415) 674-9900**

Thomas E. Frankovich, Esq.
**THOMAS E. FRANKOVICH PC**
2806 Van Ness Avenue
San Francisco, CA 94109

Re: **Yates v. D&A Café, Inc., et al.**
Our File No. 013069-0003

Dear Mr. Frankovich:

Our office represents Xian Huang and Cindy Cao in the above-referenced matter. This past week I spoke to your paralegal, Maria Martinez.

As you know, a default has been entered against Mr. Huang and Ms. Cao. Mr. Huang and Ms. Cao, however, were never served with your complaint. Rather, the proof of service of summons attached to your request for default indicates that the complaint was served on Arla Liu. Mr. Huang and Ms. Cao do not know Ms. Liu and presume she is an employee of D&A Café. Moreover, the September 18, 2007 letter attached to your request for default was never received by Mr. Huang or Ms. Cao. The letter was sent to the address of D&A Café at 346 7th Street, Oakland, California not to the residence of Mr. Huang and Ms. Cao.

For these reasons we ask that you stipulate to set aside the default. Please contact me at your earliest convenience.

Very truly yours,

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Garret D. Murai

GDM:ce

013069.0003\830340.1



**WENDEL ROSEN BLACK & DEAN LLP**
ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Post Office Box 2047
Oakland, CA 94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928

# FAX COVER LETTER

November 13, 2007

| *To:* | *Company:* | *Telephone:* | *Fax:* |
|---|---|---|---|
| Thomas E. Frankovich, Esq. | Frankovich Group | | (415) 674-9900 |

| *From:* | Garret D. Murai | *Number of Pages:* (including this page) | 2 |
|---|---|---|---|
| *Client Code:* | 013069-0003 | | |
| *Regarding:* | Yates v. D&A Cafe, Inc. | | |

Please see attached.

The information contained in this facsimile is confidential and may also be privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by a collect telephone call to (510) 834-6600, and return the original message to us at the address above via the US Postal Service. Thank you.

013069.0003\830343.1

```
11/13/2007 16:15 FAX                                                      ☑001
```

```
                    ***********************
                    ***   TX REPORT    ***
                    ***********************

TRANSMISSION OK

TX/RX NO                    0551
RECIPIENT ADDRESS           14156749900
DESTINATION ID
ST. TIME                    11/13 16:15
TIME USE                    00'47
PAGES SENT                  2
RESULT                      OK
```



**WENDEL ROSEN BLACK & DEAN LLP**
ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Post Office Box 2047
Oakland, CA 94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928

# FAX COVER LETTER

November 13, 2007

| *To:* | *Company:* | *Telephone:* | *Fax:* |
|---|---|---|---|
| Thomas E. Frankovich, Esq. | Frankovich Group | | (415) 674-9900 |
| *From:* | Garret D. Murai | *Number of Pages:* (including this page) | 2 |
| *Client Code:* | 013069-0003 | | |
| *Regarding:* | Yates v. D&A Cafe, Inc. | | |

Please see attached.

**Exhibit C**



ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Post Office Box 2047
Oakland, CA 94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928
gmurai@wendel.com

December 6, 2007

Thomas E. Frankovich, Esq.
c/o Maria V. Martinez
**THE FRANKOVICH GROUP**
2806 Van Ness Avenue
San Francisco, CA 94109

    Re:    <u>*Yates v. D&A Café, Inc., et al.*</u>
            Our File No. 013069-0003

Dear Mr. Frankovich:

    This letter is in response to yours dated December 5, 2007. As you know, a default has been entered against our clients Xian Huang and Cindy Cao. Thus, before a discussion can take take place regarding a site-inspection we request again, as we did earlier by letter to you dated November 13, 2007, that you stipulate to set-aside the default and that we be permitted to file a responsive pleading.

    As discussed in our earlier letter, Mr. Huang and Ms. Cao were never served with your complaint. Rather, the proof of service of summons attached to your request for default indicates that the complaint was served on Arla Liu. Mr. Huang and Ms. Cao do not know Ms. Liu and presume she is or was an employee of D&A Café. Moreover, the September 18, 2007 letter attached to your request for default was never received by Mr. Huang or Ms. Cao because it was sent to the address of D&A Café at 346 7th Street, Oakland, California not to the residence of Mr. Huang and Ms. Cao.

    For these reasons we request again that you stipulate to set aside the default. Please let me know as soon as possible if you will so stipulate and I will prepare a stipulation and order.

                                                  Very truly yours,

                                                 WENDEL, ROSEN, BLACK & DEAN LLP

                                                 By: _____
                                                       Garret D. Murai

GDM:ce
  cc:    David L. Lin, Esq.

013069.0003\832326.1

**Exhibit D**



**WENDEL
ROSEN
BLACK
&DEAN
L L P**
ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Post Office Box 2047
Oakland, CA 94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928
gmurai@wendel.com

December 11, 2007
~~November 11, 2007~~

Thomas E. Frankovich, Esq.
**THOMAS E. FRANKOVICH PC**
2806 Van Ness Avenue
San Francisco, CA 94109

    Re:    *Yates v. D&A Café, Inc., et al.*

Dear Mr. Frankovich:

    Thank you for returning my telephone call and speaking with me today. As you know, our office sent you two letters dated November 13, 2007 and December 6, 2007 requesting that you stipulate to set aside the default against our clients Xian Huang and Cindy Cao. During your telephone call you told me that you would not stipulate to set aside the default despite the fact that my clients were never served with the summons and complaint before a default was entered against them and there is no proof of service establishing that they were in fact served. It is our hope that you will reflect further on our reasonable request and reconsider your decision.

    As you know, the proof of service of summons attached to your request for default indicated that the complaint was served on a person named Arla Liu. As we had previously advised in writing, Mr. Huang and Ms. Cao do not know Ms. Liu. Ms. Liu is not employed by our clients nor is she authorized to act on their behalf. Moreover, the September 18, 2007 letter attached to your request for default was never received by Mr. Huang or Ms. Cao. The letter was sent to the address of D&A Café at 346 7th Street, Oakland, California when it was in possession of the property and not to the residence of Mr. Huang and Ms. Cao.

    You have asked for our cooperation in the pending litigation, in part so you can conduct a site inspection. Yet, our clients are precluded from participating in the litigation by virtue of the default that was requested and erroneously entered against them. Once again, we ask that you voluntarily agree to set aside the default, for the reasons already provided, and in an effort to resolve these disputes cooperatively and without incurring unnecessary time or legal expense. If I do not hear back from you by December 21, 2007, I will assume that you will not agree to such a stipulation. Our intent is to avoid causing any party to incur otherwise needless additional attorneys' fees and costs in this matter.


Thomas E. Frankovich, Esq.
November 11, 2007 [December handwritten]
Page 2

WENDEL, ROSEN, BLACK & DEAN LLP

 

    Please note that I will be on vacation between Christmas and New Year.

                      Very truly yours,

                      **WENDEL, ROSEN, BLACK & DEAN LLP**

                      By: _____
                          Garret D. Murai

GDM:ce
cc:   Xian Huang

**Exhibit E**

**REAL PROPERTY TRANSACTION RECORD**

| | |
|---|---|
| Filings Collected Through: | 12-13-2007 |
| County Last Updated: | 01-10-2008 |
| Frequency of Update: | WEEKLY |
| Current Date: | 01/15/2008 |
| Source: | COUNTY RECORDER , ALAMEDA, CALIFORNIA |

**OWNER INFORMATION**

| | |
|---|---|
| Owner(s): | **HUANG XIAN** & **CAO CINDY** TRUST |
| Ownership Rights: | LIVING TRUST |
| Owner Rights: | LIVING TRUST |
| Property Address: | 39 NACE AVE |
| | PIEDMONT CA 94611-4325 |
| Mailing Address: | 39 NACE AVE |
| | PIEDMONT CA 94611-4325 |

**PROPERTY INFORMATION**

| | |
|---|---|
| County: | ALAMEDA |
| Assessor's Parcel Number: | 050 -4550-008 |
| Property Type: | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| Land Use: | SINGLE FAMILY RESIDENCE |
| Building Square Feet: | 1445 |

**TRANSACTION INFORMATION**

| | |
|---|---|
| Transaction Date: | 01/30/2002 |
| Seller Name: | **HUANG XIAN** |
| Consideration: | UNCERTIFIED |

| | |
|---|---|
| Deed Type: | GRANT DEED |
| Type of Transaction: | NOMINAL |
| Recording Date: | 02/25/2002 |
| Document Number: | 87325 |
| Title Company: | ATTORNEY ONLY |
| Construction Type: | RESALE |
| InterFamily Transaction: | YES |
| Purchase Payment: | CASH |

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, refinances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

(C) 2008 Thomson/West. No Claim to Orig. US Gov. Works.