David Goldman (Bar No. 76551)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendants
XIAN S. HUANG and CINDY Q. CAO, Trustees of
the XIAN HUANG AND CINDY CAO LIVING
TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>D & A CAFE INC.; XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST,<br><br>Defendants. | Case No. C 07 2525 MMC<br><br>**DECLARATION OF XIAN S. HUANG IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**<br><br>Date:          March 7, 2008<br>Time:         9:00 a.m.<br>Department: Courtroom 7, 19th Fl.<br>Judge:         Hon. Maxine M. Chesney<br><br>Action Filed: May 11, 2007<br>Trial Date:   None |

I, Xian S. Huang, declare:

1.      I am a defendant in this action. This declaration is made in support of my Motion to Set Aside Default. I have personal knowledge of the matters stated herein and if called upon to testify could and would competently do so.

2.      I have reviewed the Proof of Service of Summons attached as Exhibit A to the Declaration of Thomas E. Frankovich in Support of Plaintiffs' Request for Entry of Default filed October 15, 2007. Neither I nor my wife were served with the complaint in the instant action on or about July 5, 2007. Moreover, neither I nor my wife knows the person served with the complaint, Arla Liu. Ms. Liu is not our agent and was not authorized to accept service of process

*DECLARATION OF XIAN S. HUANG - Case No. C 07 2525 MMC*

013069.0003\833260.1

1  on our behalf. Furthermore, the Proof of Service of Summons indicates that Ms. Liu was served
2  at 346 7th Street, Oakland, California. This is the location of the properly formerly leased by
3  Defendant D & A CAFÉ, INC. Presumably, Ms. Liu is or was an employee of D &A Café.
4      3.    I have also reviewed Plaintiffs CRAIG YATES and DISABILITY RIGHTS
5  ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS' letter dated
6  September 18, 2007 and attached as Exhibit B to the Declaration of Thomas E. Frankovich in
7  Support of Plaintiffs' Request for Entry of Default filed October 15, 2007. Neither I nor my wife
8  received that letter on or about September 18, 2007. The letter, like the complaint, was sent to
9  346 7th Street, Oakland, California. As discussed above, 346 7th Street, Oakland California is the
10 location of the property formerly leased by D & A Café. Neither I nor my wife resides at or
11 conducts business from that address.
12     4.    The first time we received actual notice of this action was on October 19, 2007
13 when my counsel faxed me a copy of Plaintiffs' letter dated October 16, 2007 and which is
14 attached as Exhibit A to the Declaration of Garret D. Murai filed concurrently herewith. Prior to
15 then, neither I nor my wife had any knowledge of the existence of this action.
16     I declare under penalty of perjury under the laws of the State of California that the
17 foregoing is true and correct.
18     Executed this __16__ day of January 2008 in Oakland, California.

                Xian S. Huang

*DECLARATION OF XIAN S. HUANG - Case No. C 07 2525 MMC*    - 2 -