David Goldman (Bar No. 76551)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Attorneys for Defendants
XIAN S. HUANG and CINDY Q. CAO, Trustees of
the XIAN HUANG AND CINDY CAO LIVING
TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>D & A CAFE INC.; XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST,<br><br>Defendants. | Case No.  C 07 2525 MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SET ASIDE DEFAULT**<br><br>**Date:          March 7, 2008**<br>**Time:          9:00 a.m.**<br>**Department:  Courtroom 7, 19th Fl.**<br>**Judge:        Hon. Maxine M. Chesney**<br><br>Action Filed:  May 11, 2007<br>Trial Date:    None |

Defendants XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST's, Motion to Set Aside Default came on regularly on March 7, 2008 at 9:00 a.m. in Department 7 of the Court located at 450 Golden Gate Avenue, San Francisco, California.  The Court having considered the papers submitted, having heard oral argument as requested or directed, and good cause appearing therefore:

IT IS HEREBY ORDERED:

1.   Defendants XIAN S. HUANG and CINDY Q. CAO, Trustees of the XIAN HUANG and CINDY CAO LIVING TRUST's, Motion to Set Aside Default is GRANTED.

2.   The default entered against Defendants on October 19, 2007 is vacated.

3. Defendants shall file and serve a response to the complaint on or before _____ _____.

Dated: March _____, 2008

_____
The Honorable Maxine M. Chesney
Judge of the U.S. District Court

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036