```
1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  A Professional Law Corporation
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br>   Plaintiffs,<br>v.<br>D & A CAFÉ INC.; XAIN S. HUANG and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST,<br>   Defendants. | **CASE NO. C07-2525-MMC**<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO SET ASIDE DEFAULT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE THAT Plaintiffs CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, do not oppose defendants' XAIN S. HUANG

///

///

///

///

///

NOTICE OF NON-OPPOSITION TO MOTION

and CINDY Q. CAO, as trustees of the XAIN HUANG and CINDY CAO LIVING TRUST's Motion to Set Aside Default.

Respectfully Submitted.

Dated: January 18, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:  /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation