IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C-07-2525 MMC |
| Plaintiffs, | **ORDER GRANTING MOTION TO SET ASIDE DEFAULT** |
| v. | |
| D & A CAFE, INC., et al., | |
| Defendants | |

    Before the Court is the motion, filed January 16, 2008 by defendants Xian S. Huang and Cindy Q. Cao, Trustees of the Xian Huang and Cindy Cao Living Trust (collectively "defendants"), to set aside the default judgment entered against said defendants. On January 18, 2008, plaintiffs filed a notice of non-opposition to the motion.

    Accordingly, defendants' motion to set aside the default judgment is hereby GRANTED.

    The hearing scheduled for March 7, 2008 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: January 23, 2008

MAXINE M. CHESNEY
United States District Judge