```
                                                    FILED
                                                    MAY 1 6 2008
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA

                                                    E-filing
```

**UNITED STATES DISTRICT COURT**

**Northern District of California**

| Yates, | No. C 07-02525 MMC MED |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| D & A Cafe Inc, | |
| Defendant(s). | |

<u>Instructions</u>: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) *May 15, 2008*

2.  Did the case settle?    ☒ fully    ☐ partially    ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: *May 16, 2008*        *Howard H*
                             Mediator, Howard A. Herman
                             ADR Program Director
                             450 Golden Gate Avenue, 16h Floor
                             San Francisco, CA 94102

**Certification of ADR Session**
07-02525 MMC MED