IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, et al.,                               No. C-07-2525 MMC

    Plaintiffs,                                      **ORDER OF DISMISSAL**

  v.

D & A CAFE, INC., et al.,

    Defendants

_____/

    The court-appointed mediator having advised the Court that the parties have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: May 16, 2008

                                                  MAXINE M. CHESNEY
                                                  United States District Judge